

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2016

No. 04-16-00298-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**GRACE RIVER RANCH, L.L.C.**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Russel Wilson, Judge Presiding

# O R D E R

On May 6, 2016, the trial court signed an order entitled "Order On Requests to Set Supersedeas Bond and Injunctive Relief Bond." In that order, the trial court: (1) precluded appellants, El Caballero Ranch, Inc. and Laredo Marine, L.L.C., from superseding the declarative and injunctive portions of a final judgment, which was also rendered on May 6, 2016; and (2) ordered appellee Grace River Ranch, L.L.C. to pay certain amounts to appellants representing the supersedeas bond, which is to take effect on June 5, 2016. On May 24, 2016, appellants filed in this court a "Motion for Emergency Temporary Order and Motion Challenging Supersedeas Ruling." In that motion, appellants, who have filed a notice of appeal from the May 6, 2016 final judgment, challenge the May 6, 2016 supersedeas order and ask this court to stay its enforcement.

After review, we **GRANT** appellants' motion for temporary stay of the May 6, 2016 order and **ORDER** the trial court's May 6, 2016 order stayed until further order of this court. Appellants' underlying motion challenging the trial court's supersedeas ruling remains pending in this Court. We further **ORDER** appellees to file in this court on or before **June 13, 2016** a response to appellants' motion challenging the trial court's supersedeas order.

We **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2016.



_____
Keith E. Hottle
Clerk of Court